*The State of Missouri vs. Howell & Shanks.*

---

### THE STATE OF MISSOURI vs. HOWELL & SHANKS.

A sheriff has no power to take a recognizance for the appearance of a person arrested for a contempt of court.

### APPEAL from Buchanan Circuit Court.

SCOTT, J., *delivered the opinion of the Court.*

Howell was arrested in vacation, by the sheriff of Buchanan county, for a contempt offered to the Circuit Court.

The sheriff took from him a recognizance to appear at the next term of the court to answer for the offence. The party not appearing a forfeiture was taken, on which a *scire facias* issued. A demurrer to the scire facias was sustained by the Circuit Court.

There is no law authorizing a sheriff to take a recognizance under the circumstances in which this was taken; therefore, his act was without authority and void.

The other Judges concurring, the judgment will be affirmed.